**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOREN MORGAN,                           No. C 06-2178 MHP (pr)

        Petitioner,              **ORDER DENYING MOTION FOR**
                                        **RECONSIDERATION**

    v.

ANTHONY KANE, warden,

        Respondent.
_____/

      Petitioner's motion for reconsideration of the order of dismissal is DENIED.  (Docket # 12.)

      IT IS SO ORDERED.

DATED:  July 24, 2007

_____
Marilyn Hall Patel
United States District Judge